# U.S. District Court
## Southern District of Iowa (Central)
### CIVIL DOCKET FOR CASE #: 4:24−cv−00173−SHL−WPK

| | |
|---|---|
| Hindson v. General Motors LLC et al | Date Filed: 05/16/2024 |
| Assigned to: Judge Stephen H. Locher | Date Terminated: 07/02/2024 |
| Referred to: Magistrate Judge William P. Kelly | Jury Demand: Plaintiff |
| Case in other court:  IASD, 4−23−cv−101, 61, 60 | Nature of Suit: 480 Consumer Credit |
|              IASD, 4−23−cv−239, 238, 158 | Jurisdiction: Federal Question |
|              IASD, 4−23−cv−376, 24, 241, 240 | |
|              IASD, 4−24−cv−174 | |
| Cause: 15:1681 Fair Credit Reporting Act | |

**Plaintiff**

**Tomika Hindson**                            represented by  **Tomika Hindson**
P.O. Box 3754
Urbandale, IA 50323
PRO SE


V.

**Defendant**

**General Motors LLC**                        represented by  **Erik P Bergeland**
FINLEY LAW FIRM
699 WALNUT STREET
1700 HUB TOWER
DES MOINES, IA 50309−3773
515−288−0145
Fax: 515−288−2724
Email: ebergeland@finleylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph F. Moser**
FINLEY LAW FIRM
699 WALNUT STREET
1700 HUB TOWER
DES MOINES, IA 50309−3773
515−288−0145
Email: jmoser@finleylaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Defendant**

**LexisNexis Risk Solutions Inc.**

**Defendant**

| | | |
|---|---|---|
| OnStar, LLC | represented by | **Erik P Bergeland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Joseph F. Moser**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2024 | Ï 1 | COMPLAINT against General Motors LLC, LexisNexis Risk Solutions Inc., OnStar, LLC, filed by Tomika Hindson. Notice of Dismissal for lack of Service deadline set for 8/14/2024. Rule 16 Notice of Dismissal set for 8/14/2024. (nla) (Entered: 05/16/2024) |
| 05/16/2024 | Ï 2 | MOTION for Leave to Proceed in forma pauperis by Tomika Hindson. (nla) (Entered: 05/16/2024) |
| 05/20/2024 | Ï 3 | ORDER Granting 2 MOTION for Leave to Proceed in forma pauperis by Tomika Hindson. The United States Marshal for the Southern District of Iowa shall serve the Complaint upon Defendants without prepayment of fees and costs. Signed by Judge Stephen H. Locher on 5/20/2024. (lcw) (Entered: 05/20/2024) |
| 05/21/2024 | Ï 4 | CERTIFICATE OF SERVICE by Tomika Hindson re 1 Complaint, 3 Order to U.S. Marshals for service. (Attachments: # 1 LexisNexis, # 2 OnStar) (nla) (Entered: 05/21/2024) |
| 05/31/2024 | Ï 5 | SUMMONS Returned Executed by Tomika Hindson. General Motors LLC served on 5/28/2024, answer due 6/18/2024; OnStar, LLC served on 5/28/2024, answer due 6/18/2024. (Attachments: # 1 General Motors service) (kjw) (Entered: 05/31/2024) |
| 05/31/2024 | Ï 6 | Summons Returned Unexecuted by Tomika Hindson as to LexisNexis Risk Solutions Inc. (kjw) (Entered: 05/31/2024) |
| 06/11/2024 | Ï 7 | NOTICE of updated address for Defendant LexisNexis by Tomika Hindson. (btg) (Entered: 06/11/2024) |
| 06/13/2024 | Ï 8 | CERTIFICATE OF SERVICE by Tomika Hindson re 1 Complaint and 3 Order to U.S. Marshals for service. (nla) (Entered: 06/13/2024) |
| 06/14/2024 | Ï 9 | NOTICE of Appearance by Erik P Bergeland on behalf of General Motors LLC, OnStar, LLC (Bergeland, Erik) (Entered: 06/14/2024) |
| 06/14/2024 | Ï 10 | NOTICE of Appearance by Joseph F. Moser on behalf of General Motors LLC, OnStar, LLC (Moser, Joseph) (Entered: 06/14/2024) |
| 06/14/2024 | Ï 11 | MOTION to Stay *Pending Transfer per JMPL* by General Motors LLC, OnStar, LLC. Motions referred to William P. Kelly. Responses due by 6/28/2024. (Attachments: # 1 Brief in Support of Motion to Stay Pending Transfer)(Moser, Joseph) (Entered: 06/14/2024) |
| 06/14/2024 | Ï 12 | Corporate Disclosure/Statement of Interest by General Motors LLC. (Moser, Joseph) (Entered: 06/14/2024) |

| | | |
|---|---|---|
| 06/14/2024 | Ï 13 | Corporate Disclosure/Statement of Interest by OnStar, LLC. (Moser, Joseph) (Entered: 06/14/2024) |
| 06/18/2024 | Ï 14 | MOTION for Extension of Time to File Answer *(EXPEDITED RELIEF REQUESTED)* by General Motors LLC, OnStar, LLC.Motions referred to William P. Kelly. (Moser, Joseph) (Entered: 06/18/2024) |
| 06/18/2024 | Ï 15 | TEXT ORDER granting 14 Motion for Extension of Time to Serve a Responsive Pleading to Complaint. Defendants General Motors LLC and OnStar, LLC shall have to and including 7/18/2024 to answer or otherwise respond to the Complaint. Signed by Magistrate Judge William P. Kelly on 6/18/2024. A copy of this text order was mailed to Plaintiff at address on file by chambers. (rls) (Entered: 06/18/2024) |
| 06/18/2024 | Ï 16 | RESPONSE to Motion re 11 MOTION to Stay *Pending Transfer per JMPL* filed by Tomika Hindson. Replies due by 6/25/2024. (btg) (Entered: 06/18/2024) |
| 06/20/2024 | Ï 17 | Letter to MDL Panel Regarding Potential Tag−Along Action. (kjw) (Entered: 06/20/2024) |
| 07/02/2024 | Ï 18 | TEXT MINUTE ORDER – TO INVOLVED CLERKS – Conditional Transfer Order (CTO−2) Finalized on 7/2/24. Please see pleading (5 in IAS/4:24−cv−00173, 5 in ILN/1:24−cv−04480, 157 in MDL No. 3115, 5 in NJ/2:24−cv−06516). As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer. The 7−day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Georgia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred. Signed by Acting Clerk of the Panel Marcella R. Lockert on 7/2/2024. Associated Cases: MDL No. 3115, IAS/4:24−cv−00173, ILN/1:24−cv−04480, NJ/2:24−cv−06516 (SM). (kjw) (Entered: 07/02/2024) |
| 07/02/2024 | Ï 19 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO−2) – 3 action(s) re: pldg. (3 in IAS/4:24−cv−00173, 3 in ILN/1:24−cv−04480, 155 in MDL No. 3115, 3 in NJ/2:24−cv−06516) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Acting Clerk of the Panel Marcella R. Lockert on 7/2/2024. Associated Cases: MDL No. 3115, IAS/4:24−cv−00173, ILN/1:24−cv−04480, NJ/2:24−cv−06516 (SM). (kjw) (Entered: 07/02/2024) |
| 07/02/2024 | Ï 20 | CLERK'S CERTIFIED TRANSFER ORDER Northern District of Georgia. (kjw) (Entered: 07/02/2024) |
| 07/02/2024 | Ï | ***Civil Case Terminated. Case electronically transferred to the Northern District of Georgia. (kjw) (Entered: 07/02/2024) |